Certiorari dismissed, May 12, 2008

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6252

ANTHONY FEURTADO,

Plaintiff - Appellant,

versus

CHARLES MCNAIR, Deputized DEA; JOE HANCOCK,
Deputized DEA; CAMERON G. CHANDLER, Assistant
United States Attorney for South Carolina;
KELLY SHACKELFORD, Assistant United States
Attorney for South Carolina; MARK MOORE,
Assistant United States Attorney for South
Carolina; ISRAEL BROOK, United States Marshal;
JESSIE BAKER, Chief of the Columbia South
Carolina Airport Police Department; ROBERT
MCCAULEY, Director of the Richland County
Detention Center,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Sol Blatt, Jr., Senior District
Judge.   (3:05-cv-01933-SB)

Submitted: May 10, 2007                    Decided:  May 15, 2007

Before MOTZ and DUNCAN, Circuit Judges,  and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony Feurtado, Appellant Pro Se.   Beth Drake, OFFICE OF THE
UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Feurtado appeals the district court's order and judgment accepting the recommendation of the magistrate judge and dismissing under 28 U.S.C. § 1915(e)(2)(B) (2000) his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). He also appeals the denial of his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Feurtado v. McNair, No. 3:05-cv-01933-SB (D.S.C. June 16, 2006; Jan. 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 3 -